Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IXI MOBILE (R&D) LTD. and IXI IP, LLC,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>LENOVO GROUP LIMITED and MOTOROLA MOBILITY LLC<br><br>　　　　　　　　Defendant(s). | Case No: 3:15-cv-05439<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Thomas S. Biemer, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: IXI Mobile R&D Ltd. and IXI IP, LLC in the above-entitled action. My local co-counsel in this case is John V. Picone III, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1500 Market Street, Suite 3500(E)<br>Philadelphia, PA 19102 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>70 S. First Street<br>San Jose, CA 95113 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(215) 575-7025 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(408) 286-9800 |
| MY EMAIL ADDRESS OF RECORD:<br>tbiemer@dilworthlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jpicone@hopkinscarley.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 62644.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/29/16

　　　　　　　　　　　　　　　　　　　　　　　Thomas S. Biemer
　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Thomas S. Biemer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/1/2016

　　　　　　　　　　　　　　　　　　　　*Haywood S. Gill Jr.*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Thomas Steven Biemer, Esq.*

**DATE OF ADMISSION**

*December 2, 1991*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 9, 2015

*[signature]*

John W. Person Jr., Esq.
Deputy Prothonotary