Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IXI Mobile (R&D) LTD. and
IXI IP, LLC
      Plaintiff(s),

v.

LENOVO GROUP LIMITED and
MOTOROLA MOBILITY LLC
      Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 3: 15-cv-05439

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Mark W. Halderman, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: IXI Mobile (R&D) LTD and IXI IP, LLC in the above-entitled action. My local co-counsel in this case is John V. Picone III, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1500 Market Street, Suite 3500E | 70 S. First Street |
| Philadelphia, PA 19102 | San Jose, CA 95113 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (215) 575-7186 | (408) 286-9800 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| mwhalderman@dilworthlaw.com | jpicone@hopkinscarley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 62644.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 03/04/16

        Mark W. Halderman
          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mark W. Halderman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/4/2016

        *Haywood S. Gill Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Mark William Halderman, Esq.

**DATE OF ADMISSION**

*November 2, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  March 2, 2016**

Patricia A. Johnson
Chief Clerk