1   John V. Picone III, Bar No. 187226
    jpicone@hopkinscarley.com
2   Jennifer S. Coleman, Bar No. 213210
    jcoleman@hopkinscarley.com
3   HOPKINS & CARLEY
    A Law Corporation
4   The Letitia Building
    70 South First Street
5   San Jose, CA  95113-2406

6   *mailing address:*
    P.O. Box 1469
7   San Jose, CA 95109-1469
    Telephone:     (408) 286-9800
8   Facsimile:     (408) 998-4790

9   Attorneys for Plaintiffs
    IXI MOBILE (R&D) LTD. and IXI IP, LLC
10

11                  UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13  IXI MOBILE (R&D) LTD. and IXI IP,        CASE NO.  3:15-CV-05439-HSG
    LLC,
14                                           **NOTICE OF VOLUNTARY DISMISSAL
                                             WITHOUT PREJUDICE**
              Plaintiffs,
15                                           Before: Hon. Haywood S. Gilliam, Jr.
        v.
16
    LENOVO GROUP LIMITED and
17  MOTOROLA MOBILITY LLC,

18            Defendants.

19

20

21

22

23

24

25

26

27

28

614\1296298.1

1        PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs IXI

2    Mobile (R&D) Ltd. and IXI IP, LLC hereby voluntarily dismiss all claims in this action without

3    prejudice.  Defendants have not answered or moved for summary judgment, so leave of the Court

4    is not required.  Each party shall bear its own costs, attorneys' fees and expenses.

5    Dated:  March 9, 2016                        Respectfully submitted,

6                                                  HOPKINS & CARLEY
                                                   A Law Corporation
7

8

9                                                 By: */s/ John V. Picone III*
                                                       John V. Picone III
10                                                     Jennifer S. Coleman
                                                       Attorneys for Plaintiffs
11                                                     IXI MOBILE (R&D) LTD. and IXI IP, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\1296298.1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE                    3:15-CV-05439-HSG

118883097_1